IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:05-cv-1163-AP

Jason Weis,

    Plaintiff,

v.

Jo Anne B. Barnhart,
Commissioner of Social Security

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    For Plaintiff:
    Marcy F. Holland, Attorney at Law
    3515 South Tamarac Drive, Suite 200
    Denver, CO 80237
    303-785-2818
    Marcyholland@gmail.com

    For Defendant:
    Bonnie E. Sims
    Special Assistant United States Attorney
    Bonnie.sims@ssa.gov

    *Mailing Address:*
    *1961 Stout Street, Suite 1001A*
    *Denver, Colorado 80294*

    *Street Address:*
    1225 Seventeenth Street, Suite 700
    Denver, Colorado 80202
    (303) 454-0100
    (303) 454-0404 (facsimile)

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    **A.**    **Date Complaint Was Filed:** June 23, 2005.

    **B.**    **Date Complaint Was Served on U.S. Attorney's Office:** June 29, 2005.

    **C.**    **Date Answer and Administrative Record Were Filed:** August 29, 2005.

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The record is complete.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

There is no additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case raises no unusual claims or defenses.

**7. OTHER MATTERS**

None.

**8. PROPOSED BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief Due:** October 31, 2005.

    B.    **Defendant's Response Brief Due:** December 8, 2005.

    C.    **Plaintiff's Reply Brief (If Any) Due:** January 3, 2006.

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    A.    **Plaintiff's Statement:** Plaintiff does not request oral argument.

    B.    **Defendant's Statement:** Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**
*Indicate below the parties' consent choice.*

    A.    **( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    **( X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

IN ADDITION TO FILING AN APPROPRIATE NOTICE WITH THE CLERK'S OFFICE, COUNSEL MUST FILE A COPY OF ANY NOTICE OF WITHDRAWAL, NOTICE OF SUBSTITUTION OF COUNSEL, OR NOTICE OF CHANGE OF COUNSEL'S ADDRESS OR TELEPHONE NUMBER WITH THE CLERK OF THE UNITED STATES MAGISTRATE JUDGE ASSIGNED TO THIS CASE.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 19th day of <u>September</u>, 2005.

BY THE COURT:

<u>S/John L. Kane</u>
U.S. DISTRICT COURT JUDGE

APPROVED:

UNITED STATES ATTORNEY

| | |
|---|---|
| s/Marcy F. Holland | s/ Bonnie E. Sims |
| Marcy F. Holland | BONNIE E. SIMS |
| 3515 South Tamarac Drive, Suite 200 | Special Assistant U.S. Attorney |
| Denver, CO 80237 | |
| Telephone: 303-785-2818 | *Mailing Address:* |
| marcyholland@gmail.com | 1961 Stout St., Suite 1001A |
| | Denver, Colorado  80294 |
| | bonnie.sims@ssa.gov |
| Attorney for Plaintiff | *Street Address:* |
| | United States Attorney's Office |
| | 1225 Seventeenth Street, Suite 700 |
| | Denver, Colorado  80202 |
| | Telephone:  (303) 454-0100 |
| | |
| | Attorney for Defendant(s) |