IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-01163-ZLW

JASON WEIS,

     Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

     Defendant.

_____

ORDER
_____

This matter is before the Court on an Application For Attorney's Fees Under The Equal Access to Justice Act (Doc. No. 21).  Defendant does not object to the amount requested.  Accordingly, it is

ORDERED that Plaintiff's Application For Attorney's Fees Under The Equal Access to Justice Act is granted.  It is

FURTHER ORDERED that Plaintiff is awarded attorney's fees in the amount of $3,437.50.

DATED at Denver, Colorado, this    12    day of October, 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court